

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00127-CR

The **STATE** of Texas,
Appellant

v.

Bryan Leonel Rodriguez **MEJIA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10372CR
Honorable Tully Shahan, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's order on the State of Texas's motion to amend the information and Bryan Leonel Rodriguez Mejia's motion to dismiss the original complaint is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED April 26, 2023.

_____
Irene Rios, Justice